# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,093,658

## United States Patent and Trademark Office

Registered June 20, 1978

## TRADEMARK
### Principal Register



Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y.   14602

For: OPHTHALMIC PRODUCTS AND ACCESSORIES—NAMELY, S U N G L A S S E S; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES—in CLASS 9 (U.S. CL. 26).

First use on or about Apr. 6, 1937; in commerce on or about Apr. 6, 1937.

Owner of Reg. Nos. 361,875, 418,054, and 650,499.

Ser. No. 125,695, filed May 9, 1977.

EXHIBIT B

Effective Date: 5/20/2008
CBP Recordation Expiration Date:
9/20/2018
USPTO Registration Expiration Date:
6/20/2018

# Trademark
## Customs Recordation Number: TMK 02-00976

| | |
|---|---|
| Title | RAY-BAN (SCRIPT) DESIGN |
| Product | IC 009. OPHTHALMIC PRODUCTS AND ACCESSORIES-NAMELY, SUNGLASSES; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES |
| Description | RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN |
| Owner Name | LUXOTTICA GROUP S.P.A.. |
| Gray Market Importations Restricted | NO |
| U.S. Patent and Trademark Office Registration Number | 1093658 |
| Firm | LUXOTTICA RETAIL |
| Contact Name | MICHAEL JESSEE 4000 LUXOTTICA PLACE MASON, OHIO 45040 |
| Phone Number | 513-765-3249 |

# EXHIBIT C



JFK Airport, Building 77
Jamaica, NY  11430



U.S. Customs and
Border Protection

AUG 2 8 2014

2014477200127501/MC/sh

Michael Jessee
Ray-Ban (Script) Design
4000 Luxottica Place
Mason, OH 45040

Dear Michael Jessee:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure
and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit
copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: Ray-Ban (Script) Design
Customs and Border Protection Recordation Number: TMK 02-00976
U.S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation:                         April 26, 2014
Port of Entry:                               JFK Airport
Description of Merchandise:                   Ray-Ban Sunglasses
Quantity Involved:                           240 ea.
Country of Origin:                           China
Name/Address of Manufacturer:                Unknown
Name/Address of Exporter:                    Kfjdskfjsdk Technology
                                             Rm 501 Mitao Rd. No 40 Hanjiang
                                             Gol
                                             Hong Kong, China 518000
                                             Jerry Jin
Name/Address of Importer:                    133-14 41st Road
                                             Unit 1FL FLSHINGI
                                             Flushing, NY 11354

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request, provided you meet certain conditions. Any questions regarding the above, please contact Paralegal Specialist Margaret Canfield at (718) 487-5217.

Sincerely,

Maryann Appel
Acting Director
Fines, Penalties & Forfeitures
JFK Airport

# EXHIBIT D

BPNS- BL

JFK Airport, Building 77
Jamaica, NY 11430

 **U.S. Customs and**
**Border Protection**

JUL 1 9 2014

2014477200105101/MC/BP

Multi !!.

Michael Jessee
Ray-Ban
400 Luxottica Place
Mason, OH 45040

Dear Michael Jessee:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure
and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit
copies of the following trademark and is notifying you, the trademark holder, of the action:

    Description of Trademark: Ray-Ban
    Customs and Border Protection Recordation Number: TMK 02-00976
    U.S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

| | |
|---|---|
| Date of Importation: | May 13, 2014 |
| Port of Entry: | JFK Airport |
| Description of Merchandise: | Counterfeit Ray-Ban Sunglasses & |
| | "Ray-Ban" Wordmark |
| | 240 ea. |
| Quantity Involved: | Hong Kong |
| Country of Origin: | Unknown |
| Name/Address of Manufacturer: | Maneusol Technology |
| Name/Address of Exporter: | Xinan Building Room 601 No. 496 |
| | DA J |
| | Hong Kong, Hong Kong |
| | Jerry Jin |
| Name/Address of Importer: | 133 14 41st Road Unit 1 FL Flshing |
| | 1 |
| | Flushing, NY 11354 |

FP&F Case No. 2014477200105101/WK/bp
Page - 2 -

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request, provided you meet certain conditions. Any questions regarding the above, please contact Paralegal Specialist Margaret Canfield at (718) 487-5217.

Sincerely,

Maryann Appel
Acting Director
Fines, Penalties & Forfeitures
JFK Airport

(Form AF Post/Publish - Revised 07/16/2012)

# EXHIBIT E

BPms-00

JFK Airport, Building 77
Jamaica, NY 11430



**U.S. Customs and Border Protection**

JUL 1 9 2014

2014477200105001/MC/BP

Michael Jessee
Ray-Ban
4000 Luxottica Place
Mason, OH 45040

Dear Michael Jessee:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: Ray-Ban
Customs and Border Protection Recordation Number: TMK 02-00976
U.S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation:                          May 13, 2014
Port of Entry:                                JFK Airport
Description of Merchandise:                    Counterfeit Ray-Ban Sunglasses &
                                              "Ray-Ban" Wordmark
                                              240 ea.
Quantity Involved:                            Hong Kong
Country of Origin:                            Unknown
Name/Address of Manufacturer:                 Maneusol Technology
Name/Address of Exporter:                     Si Ming District He Xiang Road
                                              Hong Kong, Hong Kong
                                              Jerry Jin
                                              133 14 41st Road Unit 1 FL Flshing
                                              1
Name/Address of Importer:                     Flushing, NY 11354

FP&F Case No. 2014477200105001/WK/bp
Page - 2 -

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request, provided you meet certain conditions. Any questions regarding the above, please contact Paralegal Specialist Margaret Canfield at (718) 487-5217.

Sincerely,

Maryann Appel
Acting Director
Fines, Penalties & Forfeitures
JFK Airport

# EXHIBIT F

13 m5 - 113

1100 Raymond Boulevard
Newark, NJ 07102



**U.S. Customs and
Border Protection**

MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

Re: Case Number- 2014-4772-001261-01 CD

JUL 3 0 2014

Dear Sir/Madam:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN
Customs and Border Protection Recordation Number: TMK 02-00976
U. S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

| | |
|---|---|
| Date of Importation: | May 30, 2014; |
| Port of Entry: | Port of New York/JFK |
| Description of Merchandise: | 240 pairs of counterfeit sunglasses bearing the "Ray Ban" word mark |
| Quantity: | 240 |
| Name/address of Manufacturer: | N/A |
| Name/address of Exporter: | N/A |
| Name/Address of Importer: | Jerry Jin |
| | 133-14 41st Road Unit 1st FL |
| | Flushing NY 11354 |
| Country of Origin: | Hong Kong |

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required, contact the Mr. Michael Delsordi 973-368-6071 of Fines, Penalties and Forfeitures Office. Inquiries should reference the case number.

Sincerely,

MaryAnn Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

U.S. Customs and Border Protection
Securing America's Borders

DHS.gov

IPRiS INTELLECTUAL PROPERTY RIGHTS *internal* SEARCH Keyword 0200976 GO

HELP | ABOUT | PRINT | PRODUCT ID MANUALS | SERVICE REQUESTS

Search | ALL || Title | Product | Description | Owner | Contact Name | Firm Name || Recordation No. | Agency Registration No.

Filter | Show All || Trademarks | Copyrights | Tradenames | Exclusion Orders || Exclude Expired | Include Expired

Effective Date: 5/20/2008
Recordation Expiration Date: 9/20/2018
Trademark Expiration Date: 6/20/2018
Gray Market Importations Restricted: **NO**

## Trademark

Customs Recordation Number: TMK 02-00976

BACK

U.S. Patent and Trademark Office Registration Number: 1093658

| | |
|---|---|
| Title | RAY-BAN (SCRIPT) DESIGN |
| Product | IC 009. OPHTHALMIC PRODUCTS AND ACCESSORIES-NAMELY, SUNGLASSES; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES |
| Description | RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN |
| Firm | LUXOTTICA RETAIL |
| Owner Name | LUXOTTICA GROUP S.P.A.. |
| Contact Name | MICHAEL JESSEE<br>4000 LUXOTTICA PLACE<br>MASON, OHIO 45040 |
| Phone Number | 513-765-3249 |
| Fax | 513-765-3249 |
| Email Address | MJESSEE@LUXOTTICARETAIL.COM |

**CBP Provides IPR Protection For The Following:**

**Countries of manufacture**
ITALY, CHINA

**Licensee(s)**
PLEASE CALL TRADEMARK OWNER FOR THIS INFORMATION

**Additional Information**



# EXHIBIT G

Int. Cls.: 9 and 25

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, and 39

Reg. No. 1,980,039

## United States Patent and Trademark Office

Registered June 11, 1996

## TRADEMARK
### PRINCIPAL REGISTER



OAKLEY, INC. (CALIFORNIA CORPORATION)
IRVINE, CA 92718

FOR: PROTECTIVE AND/OR ANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSE PIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/OR ANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

FOR: CLOTHING, HEADWEAR AND FOOTWEAR, NAMELY T-SHIRTS, SWEATSHIRTS, BLOUSES, SWEATERS, SPORT SHIRTS, JERSEYS, SHORTS, TROUSERS, PANTS, SWEATPANTS, SKI PANTS, RACING PANTS, JEANS, COATS, VESTS, JACKETS, SWIMWEAR, HATS, VISORS, CAPS, GLOVES, BELTS, SOCKS, SANDALS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.

OWNER OF U.S. REG. NOS. 1,169,945, 1,552,583, AND OTHERS.

SN 74-485,652, FILED 2-2-1994.

DAVID H. STINE, EXAMINING ATTORNEY

# EXHIBIT H

Effective Date: 8/14/2013
**CBP Recordation Expiration Date:**
9/11/2016
**USPTO Registration Expiration Date:**
6/11/2016

# Trademark
## Customs Recordation Number: TMK 13-00858

BACK

| | |
|---|---|
| Title | OAKLEY |
| Product | IC 009. : PROTECTIVE AND/ORANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSEPIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/ORANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES. |
| Description | OAKLEY - WORD MARK |
| Owner Name | OAKLEY, INC. |
| Gray Market Importations Restricted | NO |
| U.S. Patent and Trademark Office Registration Number | 1980039 |
| Firm | REPRESENTATIVE |
| Contact Name | DARRYL ROTH 1 ICON FOOTHILL RANCH, CALIFORNIA 92610 |
| Phone Number | (949)672 - 6996 |

# EXHIBIT I

1100 Raymond Boulevard
Newark, NJ 07102



**U.S. Customs and Border Protection**

MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

Re: Case Number- 2014-4772-001261-01 CD

⌐JUL 3 0 2014

Dear Sir/Madam:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: OAKLEY - WORD MARK
Customs and Border Protection Recordation Number: TMK 13-00858
U. S. Patent & Trademark Office Registration Number: 1980039

In accordance with 19 CFR 133.21, the following seizure information is provided.

| | |
|---|---|
| Date of Importation: | May 30, 2014; |
| Port of Entry: | Port of New York/JFK |
| Description of Merchandise: | 240 pairs of counterfeit sunglasses bearing the "Oakley" word mark |
| Quantity: | 240 |
| Name/address of Manufacturer: | N/A |
| Name/address of Exporter: | N/A |
| Name/Address of Importer: | Jerry Jin |
| | 133-14 41st Road Unit 1st FL |
| | Flushing NY 11354 |
| | |
| Country of Origin: | Hong Kong |

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required, contact the Mr. Michael Delsordi 973-368-6071 of Fines, Penalties and Forfeitures Office. Inquiries should reference the case number.

Sincerely,

MaryAnn Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

Intellectual Property Rights (IPR) search - cpb.gov

Page 1 of 1



**U.S. Customs and Border Protection**
Securing America's Borders

DHS.gov

**IPRuS INTELLECTUAL PROPERTY RIGHTS internal SEARCH**   Keyword [1300858]

HELP | ABOUT | PRINT | ID
PRODUCT ID MANUALS |
SERVICE REQUESTS

Search | ALL | Title | Product | Description | Owner | Contact Name | Firm Name | Recordation No. | Agency Registration No. |

Filter | Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders | Exclude Expired | Include Expired |

Effective Date: 8/14/2013
Recordation Expiration Date: 9/11/2016
Trademark Expiration Date: 6/11/2016
Gray Market Importations Restricted: NO

## Trademark
Customs Recordation Number: TMK 13-00858
U.S. Patent and Trademark Office Registration Number:   1980039

BACK

| | |
|---|---|
| Title | OAKLEY |
| Product | IC 009. : PROTECTIVE AND/ORANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSEPIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/ORANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES. |
| Description | OAKLEY - WORD MARK |
| Firm | REPRESENTATIVE |
| Owner Name | OAKLEY, INC. |
| Contact Name | DARRYL ROTH 1 ICON FOOTHILL RANCH, CALIFORNIA 92610 |
| Phone Number | (949)672 - 6996 |
| Fax | [N/A] |
| Email Address | Darryl.Roth@oakley.com |

CBP Provides IPR Protection For The Following:

OAKLEY

1.   2.   3.

Countries of manufacture
Cambodia, Canada, China, Mexico

Licensee(s)
Please see uploaded document.

WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Additional Information

# EXHIBIT J

*BPMS - 0/5*

1100 Raymond Boulevard
Newark, NJ 07102

 **U.S. Customs and Border Protection**

MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

Re: Case Number- 2014-4772-001266-01 CD

*JUL 30 2014*

Dear Sir/Madam:

In accordance with 19 CFR 133.21, articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: OAKLEY - WORD MARK
Customs and Border Protection Recordation Number: TMK 13-00858
U. S. Patent & Trademark Office Registration Number: 1980039

In accordance with 19 CFR 133.21, the following seizure information is provided.

| | |
|---|---|
| Date of Importation: | May 30, 2014: |
| Port of Entry: | Port of New York/JFK |
| Description of Merchandise: | 240 pairs of counterfeit sunglasses bearing the "Oakley" word mark |
| Quantity: | 240 |
| Name/address of Manufacturer: | N/A |
| Name/address of Exporter: | N/A |
| Name/Address of Importer: | Jerry Jin |
| | 133-14 41st Road Unit 1st FL |
| | Flushing NY 11354 |
| | |
| Country of Origin: | Hong Kong |

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required, contact the Mr. Michael Delsordi 973-368-6071 of Fines, Penalties and Forfeitures Office. Inquiries should reference the case number.

Sincerely,

MaryAnn Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

Intellectual Property Rights (IPR) search - cpb.gov

Page 1 of 1

**US Customs and Border Protection**
Securing America's Borders

DHS.gov

**IPR:S** INTELLECTUAL PROPERTY
RIGHTS *internal* SEARCH   Keyword | 1300858 |   GO

HELP | ABOUT | PRINT |
PRODUCT ID MANUALS |
SERVICE REQUESTS

Search | ALL || Title | Product | Description | Owner | Contact Name | Firm Name |

Filter | Show All || Trademarks | Copyrights | Tradenames | Exclusion Orders || Recordation No. | Agency Registration No. |

Exclude Expired | Include Expired |

Effective Date: 8/14/2013
Recordation Expiration Date: 9/11/2016
Trademark Expiration Date: 6/11/2016
Gray Market Importations Restricted: **NO**

## Trademark
Customs Recordation Number: TMK 13-00858
U.S. Patent and Trademark Office Registration Number: 1980039

BACK

| | |
|---|---|
| Title | OAKLEY |
| Product | IC 009. : PROTECTIVE AND/ORANTI-GLARE EYEWEAR, NAMELY SUNGLASSES, GOGGLES, SPECTACLES AND THEIR PARTS AND ACCESSORIES, NAMELY REPLACEMENT LENSES, EARSTEMS, FRAMES, NOSEPIECES AND FOAM STRIPS; CASES SPECIALLY ADAPTED FOR PROTECTIVE AND/ORANTI-GLARE EYEWEAR AND THEIR PARTS AND ACCESSORIES. |
| Description | OAKLEY - WORD MARK REPRESENTATIVE |
| Firm | |
| Owner Name | OAKLEY, INC. |
| Contact Name | DARRYL ROTH 1 ICON FOOTHILL RANCH, CALIFORNIA 92610 |
| Phone Number | (949)672 - 6996 |
| Fax | [N/A] |
| Email Address | Darryl.Roth@oakley.com |

CBP Provides IPR Protection For The Following:

1. OAKLEY    2. PDF Adobe    3. PDF Adobe

Countries of manufacture
Cambodia, Canada, China, Mexico

Licensee(s)
Please see uploaded document.

WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

Additional Information

https://ipris.cbp.gov/index.asp?action=detail&id=112592&searchArg=1300858&page=1&...   7/29/2014

# EXHIBIT K

*19RMS - 175*

1100 Raymond Boulevard
Newark, NJ 07102

 **U.S. Customs and
Border Protection**

LUXOTTICA RETAIL
MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

Re: Case Number 2014-4772-001271-01 CD

JUL 31 2014

Dear Sir/Madam:

In accordance with 19 CFR 133.21 articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: **RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN.**
Customs and Border Protection Recordation Number: **TMK 02-00976**
U. S. Patent & Trademark Office Registration Number:  **1093658**

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation: 06/02/2014
Port of Entry: JFK
Quantity/Description of Merchandise: **480 pairs of counterfeit "RAY-BAN" Sunglasses (TMK 02-00976) domestically valued at $4,800.00.**
Country of Origin: HONG KONG
Name/address of Manufacturer:  Unknown
Name/address of Exporter:  Unknown
Name/Address of Importer:
**Jerry Jin
133-14 41st Road
Unit 1st Fl.
Flushing, NY 11354**

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required contact C. Michael DelSordi, at 973-368-6071.  Inquiries should reference the case number.

Sincerely,

Maryann Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

*Kenny Jiyeon Chung J.D.s
DE-746 office
p# 718-762-7888*

# EXHIBIT L




1100 Raymond Boulevard
Newark, NJ 07102



**U.S. Customs and Border Protection**

LUXOTTICA RETAIL
MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

Re: Case Number 2014-4772-001338-01 CD

AUG - 1 2014

Dear Sir/Madam:

In accordance with 19 CFR 133.21 articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: **RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN.**
Customs and Border Protection Recordation Number: TMK 02-00976
U. S. Patent & Trademark Office Registration Number:  1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation: 06/05/2014
Port of Entry: JFK
Quantity/Description of Merchandise: **480 pairs of counterfeit "RAY-BAN" Sunglasses (TMK 02-00976) domestically valued at $4,800.00.**
Country of Origin: HONG KONG
Name/address of Manufacturer:   Unknown
Name/address of Exporter:   Unknown
Name/Address of Importer:
**Jerry Jin**
**133-14 41ˢᵗ Road**
**Unit 1ˢᵗ Fl.**
**Flushing, NY 11354**

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required contact C. Michael DelSordi, at 973-368-6071.  Inquiries should reference the case number.

Sincerely

Maryann Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

# EXHIBIT M

BPMS-Bt 

1100 Raymond Boulevard
Newark, NJ 07102


**U.S. Customs and
Border Protection**

LUXOTTICA RETAIL
MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

AUG - 1 2014

Re: Case Number 2014-4772-001337-01 CD

Dear Sir/Madam:

In accordance with 19 CFR 133.21 articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: **RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN.**
Customs and Border Protection Recordation Number: TMK 02-00976
U. S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation: 06/05/2014
Port of Entry: JFK
Quantity/Description of Merchandise: **480 pairs of counterfeit "RAY-BAN" Sunglasses (TMK 02-00976) domestically valued at $4,800.00.**
Country of Origin: HONG KONG
Name/address of Manufacturer:  Unknown
Name/address of Exporter:  Unknown
Name/Address of Importer:

**Jerry Jin
133-14 41st Road
Unit 1st Fl.
Flushing, NY 11354**

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required contact C. Michael DelSordi, at 973-368-6071. Inquiries should reference the case number.

Sincerely,

Maryann Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

# EXHIBIT N



1100 Raymond Boulevard
Newark, NJ 07102



**U.S. Customs and
Border Protection**

LUXOTTICA RETAIL
MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

AUG - 1 2014

Re: Case Number 2014-4772-001335-01 CD

Dear Sir/Madam:

In accordance with 19 CFR 133.21 articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: **RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN.**
Customs and Border Protection Recordation Number: **TMK 02-00976**
U. S. Patent & Trademark Office Registration Number: 1093658

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation: 06/05/2014
Port of Entry: JFK
Quantity/Description of Merchandise: **240 pairs of counterfeit "RAY-BAN" Sunglasses (TMK 02-00976) domestically valued at $2,400.00**
Country of Origin: HONG KONG
Name/address of Manufacturer:   Unknown
Name/address of Exporter:   Unknown
Name/Address of Importer:

**Jerry Jin
133-14 41st Road
Unit 1st Fl.
Flushing, NY 11354**

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required contact C. Michael DelSordi, at 973-368-6071.  Inquiries should reference the case number.

Sincerely,

Maryann Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport

EXHIBIT O



1100 Raymond Boulevard
Newark, NJ 07102

**U.S. Customs and Border Protection**

LUXOTTICA RETAIL
MICHAEL JESSEE
4000 LUXOTTICA PLACE
MASON, OHIO 45040

AUG - 1 2014

Re: Case Number 2014-4772-001336-01 CD

Dear Sir/Madam:

In accordance with 19 CFR 133.21 articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Customs and Border Protection has seized goods which bear marks which constitute counterfeit copies of the following trademark and is notifying you, the trademark holder, of the action:

Description of Trademark: **RAY-BAN (SCRIPT) DESIGN WORD MARK, STYLIZED LETTERING, SCRIPT DESIGN.**
Customs and Border Protection Recordation Number: **TMK 02-00976**
U. S. Patent & Trademark Office Registration Number: **1093658**

In accordance with 19 CFR 133.21, the following seizure information is provided.

Date of Importation: 06/05/2014
Port of Entry: JFK
Quantity/Description of Merchandise: **488 pairs of counterfeit "RAY-BAN" Sunglasses (TMK 02-00976) domestically valued at $4,880.00.**
Country of Origin: HONG KONG
Name/address of Manufacturer:   Unknown
Name/address of Exporter:   Unknown
Name/Address of Importer:
**Jerry Jin**
**133-14 41st Road**
**Unit 1st Fl.**
**Flushing, NY 11354**

In accordance with 19 CFR 133.21, you may obtain a sample of the seized goods upon request provided you meet certain conditions.

Should further information be required contact C. Michael DelSordi, at 973-368-6071.  Inquiries should reference the case number.

Sincerely,

Maryann Appel, Acting Director
Office of Fines, Penalties, and Forfeitures
JFK International Airport